JS-6

VICTOR DE GYARFAS, CA Bar No. 171950
vdegyarfas@foley.com
JIANING G. YU, CA Bar No. 297098
gyu@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2411
TELEPHONE: 213-972-4500
FACSIMILE: 213-486-0065

Attorneys for Plaintiff CLEAN SAFETY INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAN SAFETY INC., <br><br> Plaintiff, <br><br> v. <br><br> SY AMERICA GROUP, INC. and SY AMERICA, LLC, <br><br> Defendants. <br><br><br> SY AMERICA GROUP, INC.; and SY AMERICA, LLC, <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> LITTLE HERO TRUCKING, INC.; and LEI JIANG, <br><br> Third-Party Defendants. | Case No. 5:21-cv-00223-JGB-KK <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

By the agreement and consent to the terms set forth herein, Plaintiff, CLEAN SAFETY, INC. ("Clean Safety") and Defendants, SY AMERICA GROUP, INC. and SY AMERICA, LLC ("SY America") (together, the "Parties") having reached a full settlement of Clean Safety's claim against SY America, and having entered into a settlement agreement, this Court ORDERS, ADJUDGES, AND DECREES that:

1. Clean Safety's claims against SY America in Case No. 5:21-cv-00223-JGB-KK are dismissed with prejudice.
2. This Court retains jurisdiction to consider, upon application by any Party, any violation of the terms of the settlement agreement entered into between the Parties.

**IT IS SO ORDERED.**

DATED: June 8, 2023

Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE

-1-

4859-8901-8728.1